UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GAMAL AHMED AND ASMAA AHMED,

                              Plaintiffs,        **INDEX NO. 5307/2008**

     -against-                             **AFFIDAVIT OF SERVICE**

PILE FOUNDATIONS, INC., HPA ENGINEERS, P.C.
And ATLANTIC TOWING AND SALVAGE, INC.,

                              Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK      )
                               ).ss:
COUNTY OF NEW YORK  )

      GINA MARIE CALACO, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides in Brooklyn, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the defendant, HPA ENGINEERS, P.C. herein, that on the 14$^h$ day of MAY 2008, she served the within RULE 7.1 STATEMENT and NOTICE OF REMOVAL upon the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose:

      HOFMANN & ASSOCIATES
      Attorneys for Plaintiffs
      360 West 31st Street, Suite 1506
      New York, NY 10001
      212-465-8840

      PILE FOUNDATIONS, INC.
      1887 Ralph Avenue
      Brooklyn, New York 11234

ATLANTIC TOWING AND SALVAGE, INC.
1650 Sycamore Avenue, Ste. 15
Bohemia, New York  11716

_____
GINA MARIE CALACO

Sworn to before me this
14/L day of May 2008

_____
SHEILA I SAMPLE
Notary Public, State of New York
No. 01SA6000019
Qualified in Kings County
Commission Expires Dec. 8, ~~1999~~ 2009

