SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------x
GAMAL AHMED AND ASMAA AHMED,                Index No. 5307/2008

                              Plaintiffs,                **NOTICE OF NON-REMOVAL**

     -against-

PILE FOUNDATIONS, INC., HPA ENGINEERS, P.C.
and ATLANTIC TOWING AND SALVAGE, INC.,

                              Defendants.
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE, that the defendant HPA ENGINEERS, P.C., who had originally filed a Notice of Removal to Federal Court of this Supreme Court, Kings County action, hereby withdraws, vacates and rescinds the Notice of Removal filed in the United States District Court for the Southern District of New York, and also filed in the Supreme Court, Kings County.

Dated:  New York, New York
          May 19, 2008

                                                      Yours, etc.

                                                      Law Offices of
                                                      CHARLES J. SIEGEL
                                                      Attorney for Defendant
                                                      HPA ENGINEERS, P.C.
                                                      Office & P.O. Address
                                                      40 Wall Street
                                                      7th Floor
                                                      New York, New York 10005
                                                      (212) 440-2350

                                                      By:_____
                                                            Peter E. Vairo

TO:
HOFMANN & ASSOCIATES
Attorneys for Plaintiffs
360 West 31st Street, Suite 1506
New York, NY 10001
212-465-8840
File No. 06-66

PILE FOUNDATIONS, INC.
1887 Ralph Avenue
Brooklyn, New York 11234

ATLANTIC TOWING AND SALVAGE, INC.
1650 Sycamore Avenue Suite 15
Bohemia, New York 11716

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss.:

      Miriam Soto, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides in Richmond County, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the defendant, HPA ENGINEERS, P.C. herein, that on May 20, 2008, she served the within NOTICE OF NON-REMOVAL upon the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose:

HOFMANN & ASSOCIATES
ATTORNEYS FOR PLAINTIFFS
360 WEST 31ST STREET, SUITE 1506
NEW YORK, NY 10001

PILE FOUNDATIONS, INC.
DEFENDANT
1887 RALPH AVENUE
BROOKLYN, NEW YORK 11234

ATLANTIC TOWING AND SALVAGE, INC.
1650 SYCAMORE AVENUE SUITE 15
BOHEMIA, NEW YORK 11716

                                                                                          _____
                                                                                         Miriam Soto

Sworn to before me this
_____ day of May 2008