LAW OFFICES OF
# CHARLES J. SIEGEL

CHARLES J. SIEGEL
RICHARD DELL
RICHARD D. O'CONNELL
FRED B. SMITH
JACK L. COHEN
PETER E. VAIRO
STUART A. APPLOFF
MARC S. RUSSO
CHRISTOPHER A. SOUTH
ALFRED T. LEWYN
STEPHANIE A. JOHNSON
IROSHA RATNASEKERA
ROBERT CYPHER, JR.
THOMAS GIBBONS

40 WALL STREET
7TH FLOOR
NEW YORK, NEW YORK 10005
(212) 440-2350

LAW OFFICE SUPERVISOR:
EILEEN GOUSE

PARALEGALS:
NILS NELSON
ARLENE RULLAN

LAW CLERKS:
ALISON DUNLOP

May 20, 2008

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Ahmed, Gamal v. Pile Foundations, Inc.
      Civ. 08/4408
      Our File Number: 108140135

Dear Judge Sweet:

Please be advised that upon further review and investigation, we need to withdraw the Notice of Removal served and filed in this action.

Our office had filed the Notice of Removal on behalf of HPA Engineers, P.C.

We wish to withdraw the notice of removal and we are advising by carbon copy of this letter, plaintiff's counsel and the other parties at their last known address.

We are also advising the Supreme Court, Kings County, that the Notice of Removal to Federal Court is being withdrawn forthwith.

We appreciate the court's kind courtesy and cooperation with this matter.

Very truly yours,

Peter E. Vairo
212-440-2354

PEV/ms

A Staff Counsel Office of CNA

cc:
HOFMANN & ASSOCIATES
Attorneys for Plaintiffs
360 West 31st Street, Suite 1506
New York, NY 10001
212-465-8840
File No. 06-66

PILE FOUNDATIONS, INC.
1887 Ralph Avenue
Brooklyn, New York 11234

ATLANTIC TOWING AND SALVAGE, INC.
1650 Sycamore Avenue Suite 15
Bohemia, New York 11716